FILED
DISTRICT OF WYOMING
CHEYENNE

2002 AUG 15 PM 4: 34

U.S. DISTRICT CLERK
COURT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| STATE OF WYOMING, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>AGRICULTURE, et al., )<br>)<br>Defendant, )<br>)<br>and WYOMING OUTDOOR COUNCIL et )<br>al., )<br>)<br>Defendant-Intervenors, ) | Case No. 01-CV-086-B |

## ORDER

The above-entitled matter is currently before the Court on: 1) Plaintiff State of Wyoming's Motion to Supplement the Administrative Record; and 2) Plaintiff State of Wyoming's Motion to Compel Production of Documents Withheld on an Improper Claim of Privilege. Upon reading the briefs, hearing oral argument, being fully advised of the premises, and in accordance with the Court's oral findings and ruling from the bench at the hearing in this matter, the Court **FINDS** and **ORDERS** as follows:

1) That the Court will take the Plaintiff State of Wyoming's Motion to Supplement the Administrative Record **UNDER ADVISEMENT,**

10

and will rule upon this motion after a careful review of each document which Plaintiff claims should supplement the Administrative Record.

2) That the Court will take the Plaintiff State of Wyoming's Motion to Compel Production of Documents Withheld on an Improper Claim of Privilege **UNDER ADVISEMENT**, and will reserve ruling on the matter until the documents in question have been received and reviewed *in camera* by the Court.

3) That the ninety-six (96) documents missing from the Administrative Record in this matter shall be located and placed in the Administrative Record.

4) That the Defendants shall provide to this Court for *in camera* review, within twenty days of August 15, 2002, all documents that Plaintiff claims Defendants have improperly asserted a claim of privilege on. Further, the Defendants shall provide an accompanying privilege log with an ample statement of why each specific document is privileged.

5) The schedule for the Plaintiff's claims for judicial review of agency actions, which are limited in scope to the Administrative Records, as stated in the Order on Fourth Scheduling Conference is **HEREBY STRICKEN AND RESCHEDULED AS**

FOLLOWS:

*Briefing Schedule-*

    Appellant's Brief-November 8, 2002

    Appellee's Brief-December 9, 2002

    Appellant's Reply-December 23, 2002

Appellant's brief shall be due on or before November 8, 2002. Appellees' briefs shall be due on or before December 9, 2002. Appellant shall have up to and including October 23, 2002, to file a reply brief.

*Hearing-* January 21, 2002.

A hearing on the administrative law claims shall be conducted on January 21, 2003, at 9:30 a.m. before this Court in Cheyenne, Wyoming. The hearing will last no longer than a day.

Dated this 15th Day of August, 2002.

                                    Clarence A. Brimmer
                                    United States District Judge